UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANILO ORESTES RAMIREZ FRIAS (A-212-210-715),<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CENTRAL VALLEY ANNEX,<br><br>Respondent. | No. 1:26-cv-6377 DAD CSK<br><br><u>ORDER</u> |

Petitioner Danilo Orestes Ramirez Frias (A-212-210-715) is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On September 25, 2026, respondent confirmed that petitioner remains in ICE custody. (ECF No. 10.)

On September 9, 2026, respondent filed objections to the findings and recommendations, providing additional facts not provided in the petition and arguing that petitioner is detained under 8 U.S.C. § 1231(a)(5). Within fourteen days from the date of this order, petitioner shall file a reply to respondent's objections. Petitioner is cautioned that failure to file a reply will result in this Court considering respondent's objections in further addressing the habeas petition.

///

///

///

Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of this order, petitioner shall file a reply to respondent's objections.

Dated: September 28, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/fria6377.2241.imm.fb